UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2015 NOV 10 P 1: 04

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15CR206 JAM |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| JONATHAN RHOADES, | : | Title 18, U.S.C., Section 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| Defendant. | : | |
| | : | Title 18, U.S.C., Sections 2253 and |
| | : | 2428 (Forfeiture) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between about December 13 and 19, 2014, in the District of Connecticut, the defendant JONATHAN RHOADES knowingly distributed visual depictions of minors engaging in sexually explicit conduct using any means and facility of interstate commerce including by computer, including but not limited to "!NEW!(pthc) [Name]-Cumshot.avi," "(kleuterkutje ptsc pthc pedo) 3~4yo 2009 little-[name] rubbing_the_bottom.avi," "Pthc 5yo pussy cumshot.avi," and "[Name] 2 [Name] 04 - Naked 11yo Shows Goodies on Webcam.avi," the production of which involved the use of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the

1

defendant JONATHAN RHOADES shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2428(a) and 2253(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the said offense, all property constituting or traceable to proceeds obtained, directly or indirectly, from such offense, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to one Toshiba laptop computer bearing serial number XD024255S and one black generic desktop computer bearing no serial number identifiers, which was seized from the floor of RHOADES' bedroom.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 2253 and 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY