Criminal Std (6/13/2012)

HONORABLE: **Jeffrey Alker Meyer**
DEPUTY CLERK **Y. Gutierrez**  RPTR/ECRO/TAPE **Diana Huntington**
USPO _____  INTERPRETER _____

TOTAL TIME: ___ hours **32** minutes
DATE: **Jan 3, 2017**  START TIME: **11:43**  END TIME: **12:15**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR ☐ BOND HRG ☒ CHANGE OF PLEA ☐ IN CAMERA HRG
- ☐ IA- RULE 5 ☐ DETENTION HRG ☐ WAIVER/PLEA HRG ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT ☐ PROBABLE CAUSE ☐ EXTRADITION HRG ☐ FORFEITURE
- ☐ CONFLICT HRG ☐ EVIDENTIARY HRG ☐ STATUS CONF ☐ MOTION HRG

CRIMINAL NO. **3:15-cr-00206**  DEFT # **1**

**Nancy V. Gifford**
AUSA

**UNITED STATES OF AMERICA**
vs
**Jonathan Rhoades**

**Tracy Hayes**
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ …… Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ …… ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ …… CJA 23 Financial Affidavit filed ☐ under seal
- ☐ …… Order Appointing Federal Public Defender's Office filed
- ☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ …… Appearance of _____ filed
- ☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ …… Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ …… Plea of ☐ not guilty ☒ guilty ☐ nolo contendere to count(s) **1** of the **Indictment**
- ☐ …… Petition to Enter Guilty Plea filed           (indict, superseding indict, info)
- ☐ …… Defendant motions due _____ ; Government responses due _____
- ☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ …… Hearing on Pending Motions scheduled for _____ at _____
- ☐ …… Jury Selection set for _____ at _____
- ☐ …… Remaining Count(s) to be dismissed at sentencing
- ☒ …… Sentencing set for **03-28-2017** at **10:00** ☒ Probation 246B Order for PSI & Report
- ☐ …… Special Assessment of $___ on count(s) ___. Total $ ___ ☐ Due immediately ☐ Pay at sentencing
- ☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Order of Detention filed
- ☐ …… Deft ordered removed/committed to originating /another District of _____
- ☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ …… Waiver of Rule 5 Hearing filed
- ☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ …… Defendant detained
- ☐ …… ___ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

**ADDITIONAL PROCEEDINGS**

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... #____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... #____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... #____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... #____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |

Notes:

No plea agreement filed.