UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO.  3:15CR206(JAM) |
| JONATHAN RHOADES | : | May 14, 2017 |

### JOINT MOTION FOR EXTENSION OF TIME

The undersigned parties request an extension of time to the current restitution briefing schedule.  At this time, the Government's restitution brief is due on May 15, 2017 and the defendant's brief is due May 22, 2017 with a restitution hearing set for June 12, 2017.  The parties request an eight-day extension to the briefing schedule and no change to the restitution hearing date.  The undersigned submits the following as support for this motion:

1.      There are six victims requesting restitution in this case.  The defendant's counsel has been in contact with each of the victims' attorneys and is attempting to reach a negotiated settlement to their restitution requests.  The defendant requires a few additional days to complete the negotiations and determine whether the parties can reach an agreed upon amount to settle the restitution claims with some or all of the victims.

2.      The Government's motion for restitution will contain documents from each of the victims with personal information, including medical and psychological evaluations, as well as estimates of future lost earning and other losses incurred by the victims.  While these documents will be filed along with a motion to seal, the Government prefers to delay filing these documents until it is clear that they will be needed to resolve a restitution claim in order to maintain the maximum privacy for the victims.

3. The defendant will know within the next few days whether a resolution with each of the victims is likely. If resolution can be reached, it would obviate the need for the Government to file its motion along with any of the victim's personal materials.

4. The parties request an extension of time to allow those negotiations between defense counsel and the victims' attorneys to continue prior to the filing of the motion. The following proposed briefing schedule is slightly in excess of one week due to there being a federal holiday on May 29th: Government's restitution brief due May 23, 2017; defendant's restitution brief due May 30, 2017. The restitution hearing is unchanged and will remained scheduled for June 12, 2017.

Respectfully submitted,

DEIDRE M. DALY
UNITED STATES ATTORNEY

/s/ Nancy V. Gifford
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT16324
450 Main Street, Room 328
Hartford, CT    06103
Tel.:    (860)760-7967
Fax: (860)760-7969
Email: nancy.gifford @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Nancy V. Gifford
Nancy V. Gifford
Assistant United States Attorney